UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. AHMAD BOOKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HIGH DESERT S.P. (PRISONER) AND PRISONER'S LIBRARY,<br><br>　　　　Defendants. | NO.  CV-08-2640-EFS<br><br>**ORDER DISMISSING COMPLAINT AND CLOSING FILE** |

　　Plaintiff, a prisoner at High Desert State Prison in California, filed a complaint (Ct. Rec. 1), asking the Court to look into the status of an earlier filed state action and provide Plaintiff with an extension in the state action because the prison library refused to assist him while he was in administrative segregation.  Because the state action is on appeal, the Court finds it is without authority to grant the requested relief.  *See Irvin v. Dowd*, 359 U.S. 394, 405 (1959). Furthermore, Plaintiff failed to comply with Federal Rule of Civil Procedure 8(a)(1)[1] because he did not identify a basis for federal

---

[1] Rule 8(a) states:

Claim for Relief. A pleading that states a claim for relief must contain:
　　(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional

ORDER -- 1

subject matter jurisdiction.

A court must generally give a *pro se* plaintiff an opportunity to file an amended complaint; however, the Court finds leave to amend is futile because the Court is without power to grant the requested relief. *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987). The Court will, however, mail a copy of this Order and Plaintiff's complaint to the state court.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED**.

2. Judgment shall be entered dismissing the complaint with prejudice.

3. A copy of the complaint and this Order shall be mailed to the Superior Court of California, Riverside County, Riverside Hall of Justice, 4100 Main St., Riverside, CA 92501.

4. This file shall be **CLOSED**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

**DATED** this ___19th___ day of December 2008.

                                  S/ Edward F. Shea
                                  EDWARD F. SHEA
                           UNITED STATES DISTRICT JUDGE

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2640.dismiss.wpd

---

support; Fed. R. Civ. P. 8(a).

ORDER -- 2